# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-02311-WJM-NYW

MARY MERNAH and
PATRICK MERNAH, her husband,

        Plaintiffs,

v.

BIOMET INC., and BIOMET ORTHOPEDICS, LLC.

        Defendants.

## JOINT NOTICE OF SETTLEMENT

The Parties hereby give notice pursuant to D.Colo.LCivR 40.2(b) that they have reached a settlement in resolution of this action. The Parties are currently preparing documentation to effectuate the settlement. Within the next 90 days, the Parties will file a stipulation of dismissal of this action with prejudice indicating that settlement documentation has been executed.

Respectfully submitted, November 12, 2019.

| | |
|---|---|
| *s/ Katherine A. Kiziah* | *s/ Heather Carson Perkins* |
| Brenda S. Fulmer | Heather Carson Perkins |
| Katherine A. Kiziah | Mary Hershewe |
| Searcy Denney Scarola Barnhart | Faegre Baker Daniels LLP |
|   & Shipley, P.A. | 1144 Fifteenth Street, Suite 3400 |
| 2139 Palm Beach Lakes Boulevard | Denver, CO 80202 |
| West Palm Beach, FL 33409 | Telephone: (303) 607-3500 |
| Telephone: (561) 686-6300 | Facsimile: (303) 607-3600 |
| Facsimile: (561) 383-9498 | Email: heather.perkins@faegrebd.com |
| Email: bsf@searcylaw.com |         mary.hershewe@faegrebd.com |
|         kak@searcylaw.com | |
| | *Attorneys for Biomet Defendants* |
| *Attorneys for Plaintiff* | |

US.125482447.01

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2019, I electronically filed a copy of the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

*s/ Lynne McWhirt*
Lynne McWhirt, Legal Administrative Assistant