UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-02311-WJM-NYW

MARY MERNAH and
PATRICK MERNAH, her husband,

        Plaintiffs,

v.

BIOMET INC., and BIOMET ORTHOPEDICS, LLC

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs, Mary Mernah and Patrick Mernah ("Plaintiffs"), and the defendants, Biomet, Inc., and Biomet Orthopedics, LLC ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: January 30, 2020

| | |
|---|---|
| **SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.** | **FAEGRE BAKER DANIELS LLP** |
| */s/ Brenda S. Fulmer* | */s/ Heather Carson Perkins* |
| Brenda S. Fulmer | Heather Carson Perkins |
| Searcy Denney Scarola Barnhart | Mary Hershewe |
| & Shipley, P.A. | 1144 Fifteenth Street, Suite 3400 |
| 2139 Palm Beach Lakes Boulevard | Denver, CO 80202 |
| West Palm Beach, Florida 33409 | Telephone: (303) 607-3703 |
| Phone: (561) 686-6300 | heather.perkins@faegrebd.com |
| Fax: (561) 383-9498 | mary.hershewe@faegrebd.com |
| bsf@searcylaw.com | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

DMS_US.126456751.01

## CERTIFICATE OF SERVICE

      I certify that on this 30th day of January, 2020, I served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon all counsel of record via this Court's CM/ECF e-file system.

      *s/ Carol Wildt*
      Carol Wildt
      Legal Administrative Assistant